UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


ANTHONY L. TENON,                         :
     Plaintiff                       :
                                     :
     v.                              :   CIVIL NO. 1:12-CV-1278
                                     :
WILLIAM DREIBELBIS, et al.,                :
     Defendants                      :


*O R D E R*

AND NOW, this 7th day of June, 2016, upon consideration of Defendant

Agarwal's motion to dismiss (Doc. 93), and pursuant to the accompanying memorandum,

it is ORDERED that said motion is DENIED.




/s/ William W. Caldwell
William W. Caldwell
United States District Judge