IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY L. TENON, :
    Plaintiff :
:
  vs. : CIVIL NO. 1:CV-12-1278
:
WILLIAM DREIBELBIS, et al., : (Judge Caldwell)
    Defendants :
:
:

# *O R D E R*

AND NOW, this 12th day of April, 2017, based on the accompanying memorandum, it is ordered that;

    1. The motion (Doc. 113) for summary judgment of defendant Dr. Ramesh Agarwal is granted.

    2. The Clerk of Court shall enter judgment in favor of defendant Dr. Ramesh Agarwal and against Plaintiff.

    3. The motion (Doc. 115) for summary judgment of defendant Dr. Donald Long is granted in part and denied in part.

    4. Dr. Long's motion is granted as to the claim based on untimely surgery and the Clerk of Court shall enter judgment in Dr. Long's favor and against Plaintiff on the untimely jaw surgery claim.

    5. In all other respects, Dr. Long's motion is denied.

    6. This case is scheduled for the July 2017 trial term.

    7. All pretrial motions shall be filed by June 9, 2017

                               /s/William W. Caldwell
                               William W. Caldwell
                               United States District Judge