IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY L. TENON, :
    Plaintiff :
 :
  vs. : CIVIL NO. 1:CV-12-1278
 :
WILLIAM DREIBELBIS, et al., : (Judge Caldwell)
    Defendants :
 :
 :

*O R D E R*

AND NOW, this 26th day of June, 2017, it is ordered that:

1. Plaintiff's motion (Doc. 133) in limine is granted in part and denied in part.

2. The motion is granted as to Plaintiff's 2001 convictions and those convictions are excluded from evidence at trial.

3. The motion is denied as to Plaintiff's 2005 convictions.

4. Defendant may present evidence of Plaintiff's 2005 convictions. The evidence shall be limited to the number of the convictions, not the names or descriptions of the offenses, that qualify as convictions under Fed. R. Evid. 609(a)(1).

                                      <u>/s/William W. Caldwell</u>
                                      William W. Caldwell
                                      United States District Judge